IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANTHONY JONES                                                                                           PETITIONER

v.                                                                              CAUSE NO. 5:19-CV-151-TBM-MTP

WARDEN OF ADAMS COUNTY
CORRECTIONAL CENTER                                                                         RESPONDENT

## ORDER

This matter is before the Court on Respondent's Motion to Dismiss [23] as Moot. Respondent represented that the Petitioner is no longer detained in the Adams County Detention Center because he died on or about December 17, 2020. Motion to Dismiss [23] at pg. 2. In support of the Motion, Respondent submitted a Declaration [23-1] from Alcide R. Benoit, a Supervisory Detention and Deportation Officer with the Department of Homeland Security, Immigration and Customs Enforcement.

Therefore, the Court GRANTS the Respondent's Motion to Dismiss [23]; DISMISSES the Petition [1] for Writ of Habeas Corpus as MOOT; and DISMISSES the Report and Recommendation [15] entered by Magistrate Judge Michael T. Parker on July 6, 2020 as MOOT. This CASE is CLOSED.

**THIS, THE 26th DAY OF JANUARY, 2021.**

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE